IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA, WILKES BARRE DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | GUY D. LABAR | : | Chapter: | 13 |
| | KARLA JAN LABAR | : | | |
| | | : | | |
| | | : | | |
| | | : | CASE NO: | 5:17-04889-RNO |
| | | : | | |

**NOTICE OF ADDRESS CHANGE**

Toyota Motor Credit Corporation hereby changes its address for its claim number 4, account number ending in 6577 filed in this case. Any other addresses for notices or other claims should not be affected by this change and should remain the same.

Previous Address:

Toyota Motor Credit Corporation

PO Box 9013

Addison, TX 75001

New Address for Notices:

Toyota Motor Credit Corporation

c/o Becket & Lee LLP

PO Box 3002

Malvern, PA 19355-0702

610-228-2570

proofofclaim@becket-lee.com

New Address for Payments:

Toyota Motor Credit Corporation

c/o Becket & Lee LLP

PO Box 3002

Malvern, PA 19355-0702

610-228-2570

payments@becket-lee.com

Respectfully Submitted,

By: /s/ Christopher Cramer

Christopher S Cramer, Claims Administrator

Becket & Lee LLP

PO Box 3002

Malvern, PA 19355-0702

DATE: 4/8/2019