# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-04889** |
| **Guy D. LaBar AKA Guy Dean LaBar, AKA Guy LaBar** | : | **Chapter 13** |
| | : | **Judge Robert N. Opel II** |
| **Karla Jan LaBar AKA Karla J. LaBar, AKA Karla LaBar** | : | * * * * * * * * * * * * * * * * * * |
| | **Debtor(s)** | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **June 27, 2019 at 09:30 a.m.** |
| | : | |
| **Guy D. LaBar AKA Guy Dean LaBar, AKA Guy LaBar** | : | **274 Max Rosenn U.S. Courthouse** |
| **Karla Jan LaBar AKA Karla J. LaBar, AKA Karla LaBar** | : | **197 South Main Street** |
| **Anna N. LaBar** | : | **Wilkes-Barre, PA, 18701** |
| **Charles J. DeHart, III (Trustee)** | | |
| **Respondents.** | | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR TO PERMIT JPMORGAN CHASE BANK, N.A. TO REPOSSESS PROPERTY KNOWN AS 2016 MAZDA CX-3 VIN #JM1DKFC78G0130318 (DOCUMENT NO. 49)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on May 31, 2019 at Document No. 49 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 14, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-003589_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-04889** |
| **Guy D. LaBar AKA Guy Dean LaBar, AKA Guy LaBar** | : | **Chapter 13** |
| | : | **Judge Robert N. Opel II** |
| **Karla Jan LaBar AKA Karla J. LaBar, AKA Karla LaBar** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | **Debtor(s)** | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | June 27, 2019 at 09:30 a.m. |
| | : | |
| **Guy D. LaBar AKA Guy Dean LaBar, AKA Guy LaBar** | : | 274 Max Rosenn U.S. Courthouse |
| **Karla Jan LaBar AKA Karla J. LaBar, AKA Karla LaBar** | : | 197 South Main Street |
| **Anna N. LaBar** | : | Wilkes-Barre, PA, 18701 |

**Charles J. DeHart, III (Trustee)**
               **Respondents.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection regarding Motion for Relief from the Automatic Stay and Co-Debtor Stay with 30-day waiver with the Court to permit JPMorgan Chase Bank, N.A. to repossess 2016 Mazda CX-3 VIN #JM1DKFC78G0130318 was served on the parties listed below via e-mail notification:

  United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

  Charles J DeHart, III (Trustee), 8125 Adams Drive, Suite A, Hummelstown, PA 17036

  Vincent Rubino, Attorney for Guy D. LaBar AKA Guy Dean LaBar, AKA Guy LaBar and Karla Jan LaBar AKA Karla J. LaBar, AKA Karla LaBar, Newman Williams Mishkin Corveleyn et al, 712 Monroe Street, PO Box 511, Stroudsburg, PA 18360-0511, VRubino@newmanwilliams.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June 17, 2019:

18-003589_EJS1

Guy D. LaBar AKA Guy Dean LaBar, AKA Guy LaBar and Karla Jan LaBar AKA Karla J. LaBar, AKA Karla LaBar, 420 Willow Street, East Stroudsburg, PA 18301-1219

Anna N. LaBar, 420 Willow St, E Stroudsburg, PA 18301-1219

DATE: June 17, 2019

/s Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-003589_EJS1