```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 17-04889-RNO
Guy D. LaBar                                                              Chapter 13
Karla Jan LaBar
         Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0314-5            User: CGambini            Page 1 of 1            Date Rcvd: Jun 18, 2019
                                Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
          Anna N LaBar,    420 Willow St,    E Stroudsburg, PA 18301-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Karina Velter     on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino     on behalf of Debtor 2 Karla Jan LaBar
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              Vincent Rubino     on behalf of Debtor 1 Guy D. LaBar
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 17-04889 |
| **Guy D. LaBar AKA Guy Dean LaBar, AKA Guy LaBar** | Chapter 13 |
| | Judge Robert N. Opel II |
| **Karla Jan LaBar AKA Karla J. LaBar, AKA Karla LaBar** | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| **JPMorgan Chase Bank, N.A.** | |
| Movant, | |
| vs | |
| **Guy D. LaBar AKA Guy Dean LaBar, AKA Guy LaBar** | |
| **Karla Jan LaBar AKA Karla J. LaBar, AKA Karla LaBar** | |
| **Anna N. LaBar** | |
| **Charles J. DeHart, III (Trustee)** | |
| Respondents. | |

## ORDER OF COURT

AND NOW, to wit, upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and that the Automatic Stay and Co-Debtor Stay be and hereby is terminated as it affects the interest of JPMorgan Chase Bank, N.A. in and to the Property of Debtor and Co-Debtor described as 2016 Mazda CX-3 VIN #JM1DKFC78G0130318.

Dated: June 18, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)