LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| **Guy D. LaBar AKA Guy Dean LaBar,** : | CHAPTER **13** |
| **AKA Guy LaBar** : | |
| **Karla Jan LaBar AKA Karla J. LaBar,** : | CASE NO.: **17-04889** |
| **AKA Karla LaBar** : | |
| Debtor(s) : | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | ADVERSARY NO. ___-____-ap-_____ |
| Plaintiff(s)/Movant(s) : | **(if applicable)** |
| vs : | |
| : | Nature of Proceeding: **Motion for Relief** |
| **Guy D. LaBar AKA Guy Dean LaBar,** : | **from the Automatic Stay** |
| **AKA Guy LaBar** : | |
| **Karla Jan LaBar AKA Karla J. LaBar,** : | Document #: **54** |
| **AKA Karla LaBar** : | |
| | |
| **Charles J. DeHart III** | |
| Defendants(s)/Respondent(s) | |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with all concurrence of the opposing party (parties). This is a first request for a continuance.

    Reason for the continuance.

    Debtor has tendered a proposal to resolve the Motion for Relief. Movant needs additional time to review the proposal.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 20, 2020                  /s/ Karina Velter_____
                                                 Attorney for JPMorgan Chase Bank, N.A.
                                                 Name: _Karina Velter__
                                                 Phone Number: _614-220-5611__

18-004175_SCS2