LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| **Guy D. LaBar AKA Guy Dean LaBar,** : | CHAPTER **13** |
| **AKA Guy LaBar** : | |
| **Karla Jan LaBar AKA Karla J. LaBar,** : | CASE NO.: **17-04889** |
| **AKA Karla LaBar** : | |
| : | |
| **Debtor(s)** : | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | ADVERSARY NO. \_\_\_-\_\_\_\_-ap-_____ |
| **Plaintiff(s)/Movant(s)** : | **(if applicable)** |
| **vs** : | |
| : | Nature of Proceeding: **Hearing** |
| **Guy D. LaBar AKA Guy Dean LaBar,** : | Pleading: **otion for Relief from the** |
| **AKA Guy LaBar** : | **Automatic Stay** |
| **Karla Jan LaBar AKA Karla J. LaBar,** : | |
| **AKA Karla LaBar** : | |
| : | Document #: **54** |
| **Charles J. DeHart III** | |
| **Defendants(s)/Respondent(s)** | |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☒ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

18-004175_SCS2

Dated: May 26, 2020          __/s/ Karina Velter_____
                              Attorney for Movant Karina Velter

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.

18-004175_SCS2